

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00385-CR

**KRISTEN EILEEN BROWN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2017-937-C1

## ABATEMENT ORDER

The Court has been notified that Chelsea Tijerina Beaudin, appointed counsel for appellant Kristen Eileen Brown, died recently.

The appointment of counsel for an indigent defendant is under the sole authority of the trial court. *See Enriquez v. State*, 999 S.W.2d 906, 907-08 (Tex. App.—Waco 1999, order); TEX. CODE CRIM. PROC. art. 26.04; *cf. Meza v. State*, 206 S.W.3d 684, 688 (Tex. Crim. App. 2006). During an appeal, the trial court retains jurisdiction to appoint counsel for an indigent defendant. *See Enriquez*, 999 S.W.2d at 908; *see also Meza*, 206 S.W.3d at 688.

To protect appellant's rights, appellant must be represented by counsel during the entire appeal, including at the time the Court issues its opinion and judgment. Thus, this Court will not proceed with the disposition of this appeal until new counsel is appointed.

Accordingly, this appeal is abated. The trial court is ORDERED to appoint new counsel for appellant and direct new counsel to file a notice of appearance in this appeal within 7 days from the date of this Order.

The trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's order appointing appellate counsel within 7 days from the date of the trial court's order of appointment.

PER CURIAM

Before Chief Justice Gray, and
        Justice Johnson
Appeal abated
Order issued and filed June 2, 2021
[RWR]

